# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MATTHIAS PAUL p/k/a PAUL VAN DYK, an individual, and PAUL VAN DYK GmbH, a Company organized under the laws of Germany,<br><br>Petitioners,<br><br>vs.<br><br>ABO MANAGEMENT B.V. (formerly known as ALDA EVENTS, B.V.), a Company organized under the laws of the Netherlands,<br><br>Respondent. | Case No.: 2:19-cv-04280-SVW-SS<br><br>[Hon. Stephen V. Wilson]<br><br>**JUDGMENT** |

In accordance with Federal Rule of Civil Procedure 58 and in accordance with this Court's Order of September 24, 2019 granting Petitioners Matthias Paul p/k/a Paul van Dyk and Paul van Dyk GmbH's Petition for an order confirming an Arbitration Award, and for Entry of Judgement in conformity therewith, it is **HEREBY ORDERED AND ADJUDGED** that judgment shall be entered in favor of Petitioners Matthias Paul p/k/a Paul van Dyk and Paul van Dyk GmbH and against Respondent ABO Management B.V. (formerly known as Alda Events B.V) as follows:

1. The entire Final Arbitration Award of Arbitrator Jeffrey G. Benz dated September 2, 2018 entered by the American Arbitration Association's International Centre For Dispute Resolution in the matter of *Matthias Paul p/k/a Paul van Dyk and Paul van Dyk GmbH, Claimants v. Alda Events B.V., Respondent*, ICDR Case No.: 01-17-0001-3926 (the "Award") is confirmed in all respects.

2. Respondent ABO Management B.V. (formerly known as Alda Events B.V) is ordered to pay to Petitioners Matthias Paul p/k/a Paul van Dyk and Paul van Dyk GmbH
    a. The sum of $7,088,643.45 as awarded in the Award; and
    b. Prejudgment interest on said amount in the sum of $172,962.90; and,
    c. Post-judgment interest at the rate of 1.86 percent per annum accruing from September 24, 2019 until such date as Judgment in this matter has been satisfied in full.

3. Respondent ABO Management B.V. (formerly known as Alda Events B.V) is ordered to pay to Petitioner Matthias Paul p/k/a Paul van Dyk
    a. A further sum of $5,500,000 as awarded in the Award;
    b. Prejudgment interest on said sum in the amount of $134,200.00; and,
    c. Post-judgment interest at the rate of 1.86 percent per annum accruing

ACTIVE46607931

from September 24, 2019 until such date as Judgment in this matter has been satisfied in full.

The Clerk is ordered to enter this Judgment.

Dated: November 1, 2019

Hon. Stephen V. Wilson
United States District Judge

ACTIVE46607931